# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2816

_____

GREGORY HARRIS,

    Petitioner,

    v.

STATE OF FLORIDA, Judge
THOMAS REBULL, Assistant
State Attorney GRISKA MENA
RODRIGUEZ, Assistant State
Attorney STEVEN DEMANOVICH,
Assistant State Attorney
NATALIE SNYDER, Assistant
Public Defender KELLY FOSTER,
Regional Counsel JELANI DAVIS
and JOHNNY BROUDY,

    Respondents.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

August 22, 2018

PER CURIAM.

    DENIED.

ROBERTS, KELSEY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Gregory Harris, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent State of Florida.

No appearance for Respondents Judge Thomas Rebull, Assistant State Attorney Griska Mena Rodriguez, Assistant State Attorney Steven Demanovich, Assistant State Attorney Natalie Snyder, Assistant Public Defender Kelly Foster, Regional Counsel Jelani Davis or Johnny Broudy.